IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01956-REB-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

GAIL GONZALES,

    Defendant.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2013.**

    Plaintiff's Motion to Correct the Spelling of Defendant's Name [filed March 27, 2012; docket #29] is **granted**.  The Clerk of the Court is directed to correct the spelling of Defendant's name in the caption of this case as set forth above.