IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 JUN -7 PM 1:31

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. 12-cv-01956-REB-MEH

PATRICK COLLINS, INC., )
)
     Plaintiff, )
)
v. )
)
GAIL GONZALES, )
)
     Defendant. )

### DEFENDANT'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
### and
### REQUEST FOR HEARING

Defendant, Gail Gonzales, appearing *pro se,* responds to and opposes Plaintiff's Motion for Default Judgment. In support of this Memorandum, Defendant states the following:

### Introduction & Background

1. At no time has Defendant received notice regarding any hearing in this case. Only when Defendant went to the courthouse a second (2nd) time two weeks ago, did I discover that several hearings have been held without my knowledge. At these hearings, Plaintiff's attorney has been able to represent his side of the case without any opportunity for me to represent at these hearings.

2. Neither Plaintiff's attorney nor the court has sent me notice of court proceedings.

3. Defendant strongly objects to Plaintiff being granted any Motion without a hearing for which I have received fair notice.

4. Defendant did not receive Service from Plaintiff's attorney for the Motion for Entry of Default Judgment.

### Plaintiff's Attorney Has Misrepresented Facts to the Court

5. Plaintiff's attorney, acting as an officer of the Court, has lied to the Court and to Defendant in his Motion for Default Judgment and in his personal Declaration that accompanies the Motion.

6. Plaintiff's attorney has represented twice that I, the Defendant in this case, have "otherwise" not defended against and denied the allegations of pornographic copyright infringement. He states this first in his "Memorandum...In Support of Motion for Entry of Default Judgment Against Defendant Gail Gonzales" paragraph #6; and, second, in his own Declaration in support of the same motion, paragraph #6.

7. In both of these sections, Plaintiff's attorney lies when he represents that Defendant has not defended against these horrible accusations.

8. In fact, Plaintiff's attorney has received Defendant's denial and defense on two (2) occasions. In December, 2012, Plaintiff's attorney received Defendant's denial/response and explanation of steps I had taken to secure the wireless router on my property at 3241 30th Avenue. This included a copy each of theft reports to Comcast and to the Denver Police Department. Plaintiff's lawyer received this same document again attached with my Motion to Dismiss and supporting Memorandum. Plaintiff's lawyer received this same document a 2nd time attached with my Motion to Dismiss and supporting Memorandum.

9. I am appearing *pro se* and responded directly to Plaintiff's attorney in the way I believed was appropriate. I assumed Plaintiff's attorney would respond to my letter with a good faith effort to resolve the situation. This did not happen, but Plaintiff's attorney had knowledge that Defendant responded in good faith and had taken corrective action immediately.

10. At the least, Plaintiff's attorney should have been truthful with the Court that Defendant had responded in a direct letter that denied the downloading alleged and listed the steps taken.

11. As was stated in that letter, Defendant has never heard of Bit torrent or been part of any illegal downloading activity. I have taken steps to secure the wireless router in that residence and filed a police report for the theft of my Internet service.

12. All of this was shared with Plaintiff's attorney and certainly constitutes actions that "otherwise defend" against these allegations, contrary to his representations to this Court in the paragraphs noted above in #7.

13. So that Defendant may have an opportunity to appear before the court, I request a hearing regarding my Motion to Dismiss.

## CONCLUSION

For the reasons stated in the foregoing, Defendant again asks the Court to grant her Motion to Dismiss and deny Plaintiff's Motion for Default Judgment. Specifically, Defendant asks the Court to grant the following relief:

- Dismiss the Defendant from this case *with prejudice*;
- Deny the Protective Order and Attorney's Fees requested by Plaintiff;
- Grant a hearing so that Defendant may have an opportunity to represent herself before the Court;
- Sanction Plaintiff's attorney for intentionally misrepresenting facts to the Court; and,
- Grant Defendant any additional equitable relief that would ensure Plaintiff does not again file a frivolous lawsuit against Defendant.

Dated: __7__ day of June, 2013

Respectfully submitted,

_____
Gail Gonzales, Defendant, *pro se*
3241 30th Avenue
Denver, CO 80211

## CERTIFICATE OF SERVICE

I, Gail Gonzales, certify that on the ___7___ day of June, 2013, I filed with the Clerk of the Court and caused to be served on Plaintiff's counsel, Jason Kotzker, at 9609 S. University Blvd., Highlands Ranch, CO 80163, a true and accurate copy of the foregoing DEFENDANT'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT through U.S. first class mail, return receipt requested.

_____
Gail Gonzales
3241 30th Avenue
Denver, CO 80211