IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 JUN -7 PM 1: 31

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. 12-cv-01956-REB-MEH

PATRICK COLLINS, INC., )
)
     Plaintiff, )
)
v. )
)
GAIL GONZALES, )
)
     Defendant. )

---

## DEFENDANT'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant, Gail Gonzales, appearing *pro se,* responds to and opposes Plaintiff's Opposition to her Motion to Dismiss. In support of this Response, Defendant states:

### Introduction & Background

1. Plaintiff has not alleged facts that could prove its allegations against Defendant regarding copyright infringement. Plaintiff has only alleged that an unsecured wireless router at a residence Defendant owns has been used to infringe Plaintiff's copyright.

2. There is no allegation that Defendant's personal computer, or any other computer at that residence, has been used to download Plaintiff's distasteful films. Plaintiff could as logically sue Comcast, the service provider, because its service allegedly was used to download Plaintiff's pornographic films.

3. The fact that an unsecured router may have been used to facilitate any copyright infringement of Plaintiff's films does not state a claim for which relief can be granted against Defendant.

4. In fact, on information and belief, Plaintiff already knows that it would not be able to prove any connection to an individual or computer. As Defendant has now learned, anyone can access the Internet via an unsecured router simply by being in the vicinity of the hardware. Plaintiff's attorney relies on intimidation because of the provocative nature of the pornographic material to try to coerce innocent people into paying them.

1

5. Moreover, with the dismissal of every other defendant in this case, Plaintiff no longer can argue that Defendant was part of a group using this Bit software "to storm" the ISP account. Only one film is noted now, "Big Wet Asses" and apparently under a new theory that Defendant allegedly downloaded this film individually without the original allegation of the group.

6. Defendant objects to the permission given to Plaintiff to Amend its Complaint effectively to change the basis on which it charges Defendant in this action. As Defendant states below, I had no notice of either Plaintiff's Motion to Amend the Complaint or a hearing at which the Motion was granted. If Plaintiff's original theory was that I was part of a group that was able to force downloads, and now that group no longer exists, then Defendant could not have used a group sharing software called "Bit torrent" to conduct a group storm of the Plaintiff's films.

### Abuse of the Judicial System

7. Please reference this New York court's explanation about the dubious assertion that a router can correlate accurately to an individual device, *Digital Sin, Inc. v. Does 10176,* 2012 WL 263491 (S.D.N.Y. Jan 30 2012). Indeed, an inspection of Defendant's computer would show none of this material was accessed.

8. Plaintiff's attorney is attempting to coerce Defendant(s) into paying exorbitant penalties and fees to avoid public opprobrium for alleged viewing of pornography. Because Defendant has not engaged in any illegal downloading, Defendant is not concerned to allow my identity to be revealed. I am the only defendant in this case who has been forthcoming and acted in good faith in this regard. I also filed illegal/unauthorized use reports when I learned about the problem.

9. Unethical strategies and tactics such as those being used by Plaintiff's attorney are becoming well known across the country. Courts are repeatedly striking down the unscrupulous effort by plaintiff lawyers to expend time on frivolous complaints and then get paid through attorney's fees and statutory damages from people uninvolved in any illegal activity, just to avoid possible embarrassment because the alleged material is pornographic.

10. Regarding this very same pornographic film company, Patrick Collins, Inc. and its attorney, Jason Kotzker, and unethical tactics to try and force unknowing router owners to pay

for their lawyers fees, Denver's Channel 7 did a report on Plaintiff's attorney in this case just last year. As the Court well knows, there are always scams being undertaken: Defendant asks the Court to take judicial notice that the one undertaken by Plaintiff and its attorney in this case is so egregious, and their practices so abusive, that it got the attention of Denver's leading investigative news channel.[1]

11.     Additionally, as recently as last summer 2012, a California court rejected a similar effort by this same company, Patrick Collins, Inc., stating "...the plaintiffs in these cases appear content to force settlements without incurring any of the burdens involved in proving their cases." See, Order to Dismiss, *Patrick Collins, Inc. v. Does 1-1,129*, Case 4:10-CV-04468 (Dist. CA, August 2012).

12.     Please also reference, *Patrick Collins, Inc., K-Beech, Inc. Raw Films Ltd., Diabolic Video Productions, Inc. v. Does 1-1,544,* 11th Circuit, FLA, Case No. 11-24714 CA 22, regarding the abuse by these Plaintiff attorneys in filing against thousands of individuals based solely on use of unsecured wireless service connections, without allegations *or* proof of any defendant's personal involvement.

13.     Please see attached several news articles regarding the strong position taken by judges, including California Judge, the Hon. Otis D. Wright, as recently as May 6. 2013. "Plaintiffs have outmaneuvered the legal system.... [they] did not conduct sufficient investigation to determine whether that person actually downloaded enough data (or even anything at all) to produce a viewable video," the Judge wrote.[2]

14.     Defendant has taken every step possible to close the security breach at the residence and to honor Plaintiff's complaint that an unsecured wireless router on the property may have been compromised by unauthorized users. Plaintiff is aware that everything possible has been done: Defendant took action immediately to (a) reveal my identity, (b) make a theft report to the ISP/Comcast, (c) file a police report and (d) secure the router at the property. Plaintiff is aware that Defendant has acted in good faith, has no interest in Plaintiff's films, and should be dropped from the lawsuit.

---

[1] http://www.thedenverchannel.com/news/hundreds-sued-for-downloading-porn May 9, 2012
[2] *Judge Uses 'Star Trek' knowledge to smack down 'porn trolling' attorneys,* www.rawstory.com, May 20, 2013; *Bad Day to be a Porn Lawyer,* www.salon.com, May 7, 2013; *Copyright Trolls Threaten to Call Neighbors,* http://torrentfreak.com/copyright-trolls-threaten-to-call-neighbors-of-accused-porn-pirates-130513/; *Judge Slams Lawyers over Porn Lawsuit,* http://www.businessinsider.com/judge-slams-lawyers-over-porn-lawsuit-2013-5; *Porn Trolling Lawyers Slammed by Federal Judge,* http://www.techspot.com/news/52506-porn-trolling-prenda-lawyers-slammed-by-federal-judge.html

15.     The ISP Comcast told Defendant that generally when they are informed about something like this, when there has been a security breach and the account holder is unaware and takes good faith steps to secure the router, there is a simple "cease and desist" without further action. If there are repeat allegations, this is when lawsuits begin. They informed Defendant that they find the Plaintiff's aggressive action unusual given my immediate steps to respond.

### Plaintiff's Attorney Has Misrepresented Facts to the Court

16.     Plaintiff's attorney, acting as an officer of the Court, has lied to the court and to Defendant in his most recent pleadings in this case and in his personal Declaration that accompanies his Motion for Default Judgment.

17.     Plaintiff's attorney has represented twice that I, the Defendant in this case, have "otherwise" not defended against and denied the allegations of pornographic copyright infringement. He states this first in his "Memorandum...In Support of Motion for Entry of Default Judgment Against Defendant Gail Gonzales" paragraph #6; and, second, in his own Declaration in support of the same motion, paragraph #6.

18.     In both of these sections, Plaintiff's attorney lies when he represents that Defendant has not defended against these accusations.

19.     In fact, Plaintiff's attorney has received Defendant's denial and defense on two (2) occasions. In December, 2012, Plaintiff's attorney received Defendant's denial/response and explanation of steps I had taken to secure the wireless router on my property at 3241 30th Avenue. This included a copy each of theft reports to Comcast and to the Denver Police Department. Plaintiff's lawyer received this same document a 2nd time attached with Defendant's Motion to Dismiss and supporting Memorandum.

20.     I am appearing *pro se* and responded directly to Plaintiff's attorney in a good faith way I believed was appropriate. I assumed Plaintiff's attorney would respond to my letter similarly with a good faith effort to resolve the situation. I never received a response. Given I am representing myself, it seems a reasonable professional courtesy for Plaintiff's attorney at the least to have responded in good faith as well, even if we were not able to resolve this.

21.     At a minimum, Plaintiff's attorney should have been truthful with the Court that he had received that communication from Defendant.

22.     As Defendant's letter to Plaintiff's attorney stated: I have never heard of Bit torrent, I do not know how it works, and have not been part of any illegal downloading activity. Nonetheless, I have taken good faith steps to secure the wireless router in that residence and filed appropriate theft reports.[3]

23.     All of this was shared with Plaintiff's attorney and certainly constitutes actions that "otherwise defend" against these allegations, contrary to his representations to this Court in the paragraphs noted above in #16.

## No Notice of Hearings – Good Faith and Equitable Relief

24.     I have not appeared at any hearing in this case because *I have never received notice* of any hearing at which I should appear. I have done everything I know to respond to Plaintiff's attorney and to this Court, yet there seem to have been several occasions where I, the Defendant, have not been notified so I could be represented. This includes the hearing where a Default Judgment was entered against me.

25.     I did not receive a copy of Plaintiff's first Motion for Entry of Default Judgment, or notice that it had been granted.

26.     Plaintiff's attorney contends that my lack of access to case law and minimal knowledge of how to find it should prevent me from prevailing in my Motion to Dismiss. As a *pro se* Defendant, I am not in a position to compete with the legal research facilities and knowledge that the Plaintiff's attorney has. I am arguing simply that according to F.R.C.P. Rule 12(b), if it is not possible for the Plaintiff to prove its case based on the allegations it has presented, which is true here, and especially with all other defendants released, there is no claim on which relief can be granted: Defendant's Motion to Dismiss must be granted.

27.     This Defendant is the only one in this case who has acted in good faith and allowed my identity to be made known to Plaintiff's attorney; yet now it appears I am the only one who is being pursued by Plaintiff's attorney. It seems obvious that any guilty parties who used routers that were not secured in that neighborhood are hiding behind anonymity, or are not even named in this lawsuit because they were anonymous users of perhaps even my, or other defendants', unsecured wireless routers. Plaintiff's attorney is using unethical efforts to try and

---

[3] Copies of these documents are attached to Defendant's Motion to Dismiss.

force an innocent person with no knowledge of any of this technology or terminology, and obviously no interest in his client's distasteful movies, to pay for his fees. "Big Wet Asses" is obviously not something I want to see.

28.     Defendant is certain that Plaintiff's attorney expected a young adult male on the other end of the ISP account, not me - the grandmother of 8.

29.     Because Defendant already has acted to secure the wireless router connection at the property and does not own and has never used the software Plaintiff alleges, no "Protective Order" is needed. No one at this residence has any interest in the filth produced by Plaintiff. Plaintiff's only motivation for the Protective Order at this point is to hope the threat of such a public order regarding pornography would intimidate the Defendant further.

30.     Defendant requests a hearing so that she may represent herself before the Court.

### Pro Se 'Attorney's Fees'

31.     Defendant has her own business and has lost considerable time working because of Plaintiff's frivolous lawsuit. The time spent reading and trying to understand documents, going to the courthouse, and writing court papers means lost wages, hour for hour. At least twenty (20) hours have been lost to my business because of this case, which would have been billed at $115/hour. This amount plus costs comes to $2,500.00. Defendant should receive compensation from Plaintiff for these costs and reasonable lost wages in the amount of $2,500.00.

32.     Plaintiff's attorney should not be rewarded for filing frivolous lawsuits to try to coerce payments from innocent people. Appearing *pro se*, obviously I cannot afford to hire a lawyer for my own defense. Plaintiff's attorney's request for attorney's fees must be denied.

### CONCLUSION

For the reasons stated in the foregoing, Defendant again asks the Court to grant her Motion to Dismiss. Specifically, Defendant asks the Court to grant the following relief:

- Dismiss the Defendant from this case *with prejudice* because of Plaintiff's failure to state a case against Defendant in its (Amended) Complaint; Plaintiff can never know what computer downloaded its films, if that indeed happened;
- Grant a hearing so that Defendant may have an opportunity to represent herself before the Court;
- Deny the Protective Order and Attorney's Fees requested by Plaintiff;
- Sanction Plaintiff's attorney for intentionally misrepresenting facts to the Court;
- Award Defendant costs and lost wages in the amount of $2,500.00; and,
- Grant Defendant any additional equitable relief that would ensure Plaintiff does not again file a similar lawsuit against Defendant.

Dated: the **7** day of June, 2013.


Respectfully submitted:

Gail Gonzales, Defendant, *pro se*
3241 30th Avenue
Denver, CO 80211

CERTIFICATE OF SERVICE

I, Gail Gonzales, certify that on the ___7___ day of June, 2013, I filed with the Clerk of the

Court and caused to be served on Plaintiff's counsel, Jason Kotzker, at 9609 S. University Blvd.,

Highlands Ranch, CO 80163, a true and accurate copy of the foregoing DEFENDANT'S

MEMORANDUM IN RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S

MOTION TO DISMISS through U.S. first class mail, return receipt requested.


_____
Gail Gonzales
3241 30th Avenue
Denver, CO 80211

# Judge uses 'Star Trek' knowledge to smack down 'porn-trolling' attorneys

http://www.rawstory.com/rs/2013/05/07/judge-uses-star-trek-knowledge-to-smack-down-porn-trolling-attorneys/

June 6, 2013

By Arturo GarciaTuesday, May 7, 2013 15:21 EDT



A Califorina District Judge flexed an apparently extensive knowledge of the *Star Trek* franchise in a decision against what he called a "porn trolling collective" of attorneys who exploited copyright laws to pursue lawsuits against people they accused of illegally downloading adult videos online.

*Salon* reported on Tuesday that Judge Otis D. Wright II's May 6 ruling against a group of lawyers connected to Prenda Law found that though the attorneys "boldly [probed] the outskirts of law, the only enterprise they resemble is RICO."

The attorneys, working thru holding companies, Wright wrote, monitored BitTorrent activity of selected adult films and then subpoenaed internet service providers for information on accounts found to be downloading them. The firm then sent cease-and-desist letters to subscribers offering to settle the matter out of court for $4,000 apiece.

"Plaintiffs did not conduct a sufficient investigation to determine whether that person actually downloaded enough data (or even anything at all) to produce a viewable video," Wright wrote. The attorneys also did not verify whether the IP addresses involved actually belonged to the subscriber or were spoofed before filing their orders, banking on being able to shame people into paying, rather than face a court

hearing.

"The federal agency eleven decks up is familiar with their prime directive," Wright wrote of the attorneys involved, and will gladly refit them for their next voyage."

Read Wright's decision in full below.

Decision against Prenda Law and associated attorneys by aboynamedart

*[Image via Shutterstock]*

Bad day to be a porn lawyer - salon.com                    http://www.salon.com/2013/05/07/porn_copyright_trolling_lawyers_...

Sign in                                      274K     Like  171k      RSS     Updates                              Q

                                                                                Obama's
                                                                                unparalle
                                                                                state
                                                                                TECHNOLO

NEWS  |  POLITICS  |  ENTERTAINMENT  |  LIFE  |  TECH  |  BUSINESS

                                                                                AdChoices ▷

TUESDAY, MAY 7, 2013 11:30 AM MST

# Bad day to be a porn lawyer

**An angry judge -- and huge "Star Trek" fan -- blasts the sleazy Prenda Law firm into oblivion**

BY ANDREW LEONARD        Follow  197

Recommend   601          281         81              0             5

**more**

TOPICS: PRENDA LAW, PORNOGRAPHY, COPYRIGHT, COPYRIGHT LITIGATION, SANCTIONS, STAR TREK, TECHNOLOGY NEWS, BUSINESS NEWS



*follow salon*

## MOST READ


Your student loan isn't really a loan
DAVID DAYEN


"Game of Thrones," season 3, episode 9: A salon
DANIEL D'ADDARIO


The question libertarians just can't answer
MICHAEL LIND


New data shows school "reformers" are full of it
DAVID SIROTA


White pride in my classroom
BEN WARNER


Michelle Obama's heckler win
MARY ELIZABETH WILLIAMS


Susan Rice 1, Rand Paul 0
JOAN WALSH

In his "Order Issuing Sanctions" on a half-dozen sleazy lawyers who specialized in pornography copyright litigation, California District Judge Otis D. Wright II writes like a man expecting the entire Internet to go gaga over his every word.

The opening two paragraphs deserve reprinting in full:

> Plaintiffs have outmaneuvered the legal system. They've discovered the nexus of antiquated copyright laws, paralyzing social stigma, and unaffordable defense costs. And they exploit this anomaly by accusing individuals of illegally downloading a single pornographic video. Then they offer to settle — for a sum calculated to be just below the cost of a bare-bones defense. For these individuals, resistance is futile; most reluctantly pay rather than have their names associated with illegally downloading porn. So now, copyright laws originally designed to compensate starving artists allow starving attorneys in this electronic-media era to plunder the citizenry.
>
> Plaintiffs do have a right to assert their intellectual-property rights, so long as they do it right. But Plaintiffs' filing of cases using the same boilerplate complaint against dozens

Case 1:12-cv-01956-WYD-MEH   Document 43   Filed 06/07/13   USDC Colorado   Page 12 of 21

Sign in                                                                    274K

their cloak of shell companies and fraud that the Court went to battlestations.

Astute geeks may recognize more than a slight taste of sci-fi nerdery in Wright's opening salvo (*resistance is futile, engaged their cloak, battlestations*). There are, by my count, no less than seven references to "Star Trek" sprinkled through the Order, including a quote from "The Wrath of Khan" — "The needs of the many outweigh the needs of the few" — to kick off the document.

But the Order Issuing Sanctions is more than just a Trekkie geek wet dream. It's also an incisive analysis of the dodgy behavior engaged in by lawyers affiliated with Prenda Law, the infamous "porn copyright trolling" outfit that I wrote about two months ago.

Using a stolen identity, the lawyers created a couple of holding companies for the sole purpose of pursuing damages for copyright infringement on a handful of pornographic movies.

*Andrew Leonard is a staff writer at Salon. On Twitter, @koxinga21.*

**MORE ANDREW LEONARD.**

Recommend       601            261          81           0            5

> **more**

**Next Article** ▶

## YOU MIGHT ALSO LIKE



**2 Metabolism-Destroying Foods To Avoid At All Costs**
Natural Health Sherpa



**3 Ways For Guys To Drop 20lbs Quickly**
Hunter Fitness



**George Clooney's Mansion - How Does It Compare to Others?**
Lonny



**Why Adderall and Alcohol do Not Mix**
Health Central



**Ask Yourself: These Questions Will Tell if It's Just a Mood or Depression**
HealthiNation



**9 Apps and Distractions You Need Now**
DailyCandy

**RSS**    **Updates**                                    🔍



**TRACY CLARK-FLORY**

**Noam Chomsky: America is accelerating the apocalypse**



**NOAM CHOMSKY, TOMDISPATCH.COM**

**SEAL Team 6 veteran comes out as transgender**

**KATIE MCDONOUGH**

## POPULAR ON REDDIT

→ **"Girls Gone Wild" founder angry over invasion of his sexual privacy**
**114 points | 15 comments**

→ **Your student loan isn't really a loan -- You can't refinance, or get rid of the debt through bankruptcy. Here's how it's even more of a sham than you know.**
**45 points | 8 comments**

→ **Susan Rice 1, Rand Paul 0**
**25 points | 5 comments**

→ **White pride in my classroom**
**27 points | 5 comments**

→ **White pride in my classroom**
**19 points | 5 comments**

## FROM AROUND THE WEB

Presented by Scribol

Case 1:12-cv-01056-MSK-MEH   Document 43   Filed 06/07/13   USDC Colorado   Page 13 of 21

Home    About    Archives    Categories    News Bits    Contact

# The place where breaking news, BitTorrent and copyright collide

Subscribe via RSS    Subscribe via Email    Tip Us Off!

Search TorrentFreak

# Copyright Trolls Threaten to Call Neighbors of Accused Porn Pirates

Ernesto

May 13, 2013

300

copyright trolls, Prenda Law

Print

**It is no secret that copyright trolls tend to use rather threatening language as they try to convince defendants to pay settlement fees, but the recent actions of the Prenda law reincarnation "Anti-Piracy Law Group" have reached a new low. In a letter sent to people accused of pirating pornographic material, the lawyers threaten to inform neighbors about the illegal conduct, and inspect defendants' work computers.**



Over the past years we've covered dozens of copyright troll lawsuits against tens of thousands of alleged copyright infringers.

The general theme of these cases is that IP-addresses are accused of "stealing" copyrighted work. The trolls then request a subpoena from the court so they can ask the corresponding ISPs to reveal the identities of account holders. They then contact the defendants with a settlement offer for a few thousand dollars, telling them that they will be named in the lawsuit if they refuse to pay up.

While some judges are now refusing these cases, there are still plenty who sign off on them. Possibly related, the copyright trolls aren't getting more friendly. A letter sent by the "Anti-Piracy Law Group," the latest incarnation of Prenda Law, contains a striking example of a new low.

The letter is part of the LW Systems v. Christopher Hubbard case and was sent after the defendant ignored the first settlement offer. In common with many of these cases it deals with pretty embarrassing pornographic content, but the defendant is also warned that family members and even the neighbors will be informed about the alleged perverse download habits (emphasis added).

"The purpose of this step is to gather evidence about who used your Internet account to steal from our client. **The list of possible suspects includes you, members of your household, your neighbors** (if you maintain an open wi-fi connection) and anyone who might have visited your house. In the coming days **we will contact these individuals to investigate whether they have any knowledge of the acts** described in my client's prior letter," the letter reads.

The Anti-Piracy Law Group makes it sound like they are doing the defendant a favor, and state that they want to inform the others to ensure that they're suing the right person. However, SJD points out that fellow copyright troll Steve "Lightspeed" Jones may have given away the true motivation a few years ago.

"People aren't embarrassed when their neighbors find out they downloaded a few songs, but illegally trading midget, tranny, facials, and teen porn content? There is some news worth keeping from the wife, kids, parents, and neighbors. Please feel free to continue to compare this to the RIAA...," he wrote in 2010.


BITTORRENT ANONYMOUSLY
WITH
UNLIMITED SPEEDS


**private**internet**access**™
protect your right to privacy. ★ ★ ★ ★ ★
Anonymous BitTorrent Connection
Easy as 1  2  3!    

From $3.33/mo

## NewsBits

Even more news...

### Crooks Impersonate Interpol in File-Sharing Scam

As lawsuits and claims for file-sharing settlements become more commonplace, criminals are trying to cash in...

### Underground Gamer Goes Down Citing Legal Problems

Underground Gamer (UG), a private BitTorrent tracker specialized in pre-2004 game releases, has shut down citing...

### LetMeWatchThis Goes Down Too....

The trouble for movie streaming portals continues this weekend. After Movie2k disappeared earlier this week, with...

### Movie2K Disappears Without Warning

Movie2K, one of the world's most popular movie streaming portals, disappeared without trace this afternoon. Update...

### H33t Founder Anum Dies at 25

Anum, co-founder of H33T, one of the largest BitTorrent sites, passed away two weeks ago. Earlier...

## MostDiscussed

Below are TorrentFreak's most discussed articles of the past month. Join the discussion if you like.

## CopyQuote

"The Pirate Bay has been one of the most important movements in Sweden for freedom of speech, working against corruption and censorship.

Peter Sunde

## PopularArticles

A selection of some TorrentFreak's classics dug up from our archives.



The words above turn out to be rather prophetic, as the letter also describes in detail how the RIAA won its case against Jammie Thomas, who was fined $222,000 for sharing several copyrighted songs. An interesting comparison, especially since the current suit is "hacking" related and not based on P2P infringements.

Aside from neighbors and family members the defendant is also warned that his or her boss could also find out about the accusations. The letter, signed by Prenda's Paul Duffy, notes that it is very important that all relevant evidence is preserved so it can be used in an eventual trial.

"This includes, for example, files on your computer, your credit card purchase history and your Google search history. It also includes preserving these items on your mobile device and any computers you may have access to at work. When our lawsuit is filed we will be seeking evidence from all these sources. If we find out that you destroyed evidence, we will ask the court to impose serious sanctions against you."

Of course, the copyright trolls are not interested in taking the case to trial, so the letter quickly adds that "litigation is time-consuming, expensive and disruptive." The easy way out is to settle the case for a few thousand dollars.

Needless to say, the threat of having neighbors and employers informed about the alleged offense may even convince innocents to pay up and get it over with.

It appears that even after receiving a $81,319.72 punishment in court last week the Prenda gang is continuing down the same path, or even worse. Perhaps not completely surprising, as they probably make more than that from their trolling ventures in a good week.

Pirate Bay Takes Over Distribution of Censored 3D Printable Gun   1090

Movie2K Disappears Without Warning   446

Three Strikes For File-Sharing Fails to Halt Music Sales Decline   399

UK Police Launch Campaign to Shut Down Torrent Sites   380

Five Undercover Police Cars Sent To Arrest Single Alleged Movie Pirate   353

**VPN Services That Take Your Anonymity Seriously, 2013 Edition**
More than a year ago TorrentFreak took a look at a selection of the web's VPN...

**Top 10 Most Popular Torrent Sites of 2013**
Continuing a long-standing New Year's tradition, today we present an up-to-date list of the world's most-visited...

**Which VPN Service Providers Really Take Anonymity Seriously?**
Last month it became apparent that not all VPN providers live up to their marketing after...

**What's The Best VPN / Proxy for BitTorrent?**
Privacy is important on the Internet, and BitTorrent users are certainly not excluded. Already, hundreds of...

**BTGuard Review: How Does it Work?**
With the entertainment industries lobbying for increased powers to spy on BitTorrent users, many downloaders are...

**Optimize Your BitTorrent Download Speed**
BitTorrent can be fun, as long as you get decent speeds. Not satisfied with your current...

## Related Posts

Copyright Trolls Order Wordpress To Hand Over Critics' IP Addresses

The Pirate Bay Helps to Expose Copyright Troll Honeypot

Canadian Anti-Piracy Outfit Pirates Photos for its Website

ISPs Protest Mass BitTorrent Piracy Lawsuits to Protect Innocent Subscribers

Alleged BitTorrent Pirate Sued Three Times For The Same Download

## Previous Post | Next Post

BUSINESS INSIDER

Law & Order

# Judge Slams 'Troll' Lawsuit Against Illegal Porn Downloaders

Erin Fuchs | May 3, 2013, 12:51 PM | 10,409 | 16

A federal judge is slamming copyright lawyers tied to a firm known as Prenda Law for launching a multimillion dollar "porn trolling collective."

Judge Otis Wright told the lawyers' state bar associations they'd engaged in "moral turpitude" by coercing people to settle porn copyright suits or else be outed as illegal porn downloaders.

The judge, who was overseeing a case against an alleged porn downloader, is forcing the lawyers to pay $81,320 in legal fees and penalties. The four lawyers are self-described "copyright troll" John Steele, Paul Hansmeier, Paul Duffy, and Brett Gibbs.

Steele, Hansmeier, and Duffy — who all have "shattered law practices" — formed two companies called AF Holdings and Ingenuity 13 in search of "easy money," Judge Wright says. Then they allegedly hired "willing attorneys" like Gibbs to file lawsuits using the only assets these companies had: copyrights to pornos.

They filed copyright suits against John and Jane Does identified only through their ISP addresses and used the court process to find out their true identity.

Here's how the lawyers used these copyrights to "outmaneuver the legal system," according to Wright.

They've discovered the nexus of antiquated copyright laws, paralyzing social stigma, and unaffordable defense costs. **And they exploit this anomaly by accusing individuals of illegally downloading a single pornographic video.** Then they offer to settle—for a sum calculated to be just below the cost of a bare-bones defense. For these individuals, resistance is futile; most reluctantly pay rather than have their names associated with illegally downloading porn. **So now, copyright laws originally designed to compensate starving artists allow starving attorneys in this electronic-media era to plunder the citizenry.**

When people do decide to fight these copyright lawsuits, the judge writes, Prenda usually just dismisses the case (presumably because they don't have enough evidence to move forward). They "have shown little desire to proceed in these lawsuits when faced with a determined defendant," he writes.

In the case Judge Wright oversaw, the "John Doe" did apparently fight back. He was sued for allegedly downloading a single movie: "A Peek Behind the Scenes at a Show."

David M. Majchrzak, a lawyer who represents Duffy, Steele, and Hansmeier did not immediately respond to an emailed request for comment, nor did Gibbs.

SEE ALSO:  Online Porn Empire Settles Lawsuit Against The Company Behind .XXX

**Recommended For You**

Sign in      About

Trending      Features      Hardware      Software      Mobile      Gaming      The Web      IT      Apple

HOME › NEWS › INDUSTRY NEWS

# Porn-trolling Prenda lawyers slammed by federal judge

**By Jesse Schoff**
On May 7, 2013, 5:00 PM

7      Like   3              0      Tweet  19



In a satisfying case of justice well served, US District Judge Otis Wright made it definitively clear what the Internet has for months decried in comment boxes everywhere: porn-trolling, litigation-happy copyright law firm Prenda Law are a bunch of crooks. But before we dig into the intermediate outcome of the Prenda saga, a brief recap:

Prenda has been filing thousands of suits across the country for years against "John Doe" defendants who they say illegally downloaded their clients' porn movies via BitTorrent. It started to go sour for Prenda about a year ago when a Minnesota man named Alan Cooper got suspicious when his name appeared as the head of a company

called AF Holdings, with which he had no affiliation. After some investigation done by his attorney, Cooper accused Prenda of identity theft, and the Prenda gang was summoned to Judge Wright's courtroom.

Through an intentionally complicated and obfuscated structure of shell companies and leadership, Prenda leaders initially avoided appearing in court, and then skirted difficult questions posed by the Judge. Finally, after the three people identified as Prenda's "principals," John Steele, Paul Hansmeier, and Paul Duffy, pleaded the fifth in the courtroom and refused to answer any questions, Wright declared that he would "have to assume the worst" in determining the outcome of the case.

That brings us up to today, and that is exactly what Judge Wright has done in a castigating 11-page document detailing the information brought to light concerning Prenda. Wright describes how the plaintiffs "outmaneuvered the legal system" for their own monetary gain:

> "They've discovered the nexus of antiquated copyright laws, paralyzing social stigma, and unaffordable defense costs. And they exploit this anomaly by accusing individuals of illegally downloading a single pornographic video. Then they offer to settle—for a sum calculated to be just below the cost of a bare-bones defense. For these individuals, resistance is futile; most reluctantly pay rather than have their names associated with illegally downloading porn. So now, copyright laws originally designed to compensate starving artists allow, starving attorneys in this electronic-media era to plunder the citizenry."

Wright began the penalties and sanctions against Prenda with attorneys' fees, ordering them to pay the two defense lawyers that were involved in the case $40,659 in addition to legal costs. But, "as a punitive measure," he doubled the amounts to a total of $81,319, "calculated to be just below the cost of an effective appeal"—a not so subtle play on Prenda's own business model.

If that seems mild, rest easy knowing that Wright went on to suggest that the Prenda laywers be disbarred, and said he would be referring the lawyers to every state bar in which they practice.

Finally, Wright wrote that Prenda's actions warrant further criminal investigation, and that the Court "will refer this matter to the United States Attorney for the Central District of California," requesting a RICO investigation, and also to the Criminal Investigation Division of the Internal Revenue Service, as they did not pay taxes on any of the millions of dollars collected during copyright litigation.

copyright, trolling, pornography, prenda

**Next Article:** *Renowned tech executive Jo.*

**7 comments**

Like    3              0        **Tweet**  19



### List of Sprint's new 4G LTE cities announced

by Quentyn Kennemer / phandroid.com

16            25

Tullahoma, Tenn. West Palm Beach, Fla. Sprint is also announcing 34 new additional markets to its current list of 170. We're not sure if all of these are expected to launch by the end of 2013, but Sprint says to expect many of them "in the coming months." Sprint's original goal was to get its 4G LTE network deployed to a vast majority of its...read more ▸

**Sprint adds 28 more markets to its LTE footprint**

bgr.com                    ▸

**Sprint fires up 21 new LTE markets, announces upcoming additions**

androidcentral.com          ▸

sponsored

**MORE FROM TECHSPOT**

- 2 hard drives, dual boot straightforward?
- ATI Radeon HD 4770 review: The $100 Killer GPU?
- New attack cracks WPA Wi-Fi encryption in just a minute
- T-Mobile debuts $50 unlimited talk, text plan with tethering
- The Best Gaming Graphics Cards: 1920x1200 & 2560x1600
- Biggest Tech Failures of The Last 10+ Years

**FROM AROUND THE WEB**

- How to get over $1,000 worth of freebies per year! (Freeflys)
- BYOD is Dead, Long Live SYOD!    (Cloud Powered Work)
- The Latest Killer Extension for Gmail (Forbes)
- BlackBerry: BB10 is stealing customers away from rivals (CNET)
- 11 Foods You Can't Buy Anywhere Anymore (The Fiscal Times)
- The Return of Twinkies Without Union Bakers (Fox Business - Video)

[?]

## User Comments: 7

Got something to say? Post a comment

 **cliffordcooley**, TechSpot Paladin, said:                    1 month ago

Why not pay back all those lawsuits, won against the people that were obviously wrongly accused? I thought this was a justice system we have.

**REPLY**

 **Darkshadoe** said:              1 person liked this | 1 month ago

Why not pay back all those lawsuits, won against the people that were obviously wrongly accused? I thought this was a justice system we have.

Hopefully this ruling will allow those who were falsely accused to sue Prenda themselves. Whatever happened to that thing called evidence? Someone could download a video named "The Hangover" and it could be a video of some random person's hangover after partying during the Superbowl, having absolutely nothing to do with the motion picture. You know damn well these bottom feeders would try to get that person's information to start a lawsuit.

REPLY

 **cliffordcooley**, TechSpot Paladin, said:                    1 month ago

Hopefully this ruling will allow those who were falsely accused to sue Prenda themselves. Thats assuming those that were falsely accused finds out they now have an open door and whether they feel they have time to deal with such issues. IMO, this should have been a courts ruling, ordering Prenda to pay back what was wrongfully taken.

REPLY

**dms96960** said:                                    4 people like this | 1 month ago

Congratulations to US District Court Judge Otis Wright. Finally, a federal judge with cahones willing to hold scumbag lawyers accountable.

REPLY

 **Adhmuz**, TechSpot Paladin, said:                    1 month ago

Wont these bottom feeding scum bags just file for bankruptcy and therefore negate any possible counter lawsuit that may be brought on by former victims... Its a small victory still at least.

REPLY

**Guest** said:                                    4 weeks ago

"Porn-trolling lawyers slammed by judge"...

slammed, lol.

REPLY

**Tygerstrike** said:                                    4 weeks ago

@Admuz

The company itself CAN file for Bankruptcy. However given that this is a ACTUAL criminal act, they cant file bankruptcy for that. The victims of this scam may or maynot be able to get

Case 1:12-cv-01956-WYD-MEH   Document 43   Filed 06/07/13   USDC Colorado   Page 21 of 21

their cash back. Most prolly wont even refile because of the social implications surrounding illegally downloading. Its the criminal aspect that really should be looked at. Mainly because even if they do file for bankruptcy, a criminal ruling would show a pattern and most judges would add on extra punative damages. Now they have to pay that much more when they do get out of prison. Its going to be a interesting story to follow.

REPLY

### Recently commented stories

## Post a new comment

### Social Login & Guest Posting



**Post as anonymous user**

### TechSpot Members

Login here or sign up for free, it takes about a minute.

Get complete access to the TechSpot community. Join thousands of technology enthusiasts that contribute and share knowledge in our forum. Get a private inbox, upload your own photo gallery and more.