IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01956-WYD-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

GAIL GONZALES,

    Defendant.

**ORDER**

    THIS MATTER is before the Court on plaintiff, Patrick Collins, Inc.'s, Notice Of Voluntary Dismissal Without Prejudice Of Defendant Gail Gonzalez [ECF No. 44], filed on July 22, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendant, Gail Gonzales, should be dismissed without prejudice from this action.  Accordingly, it is

    ORDERED that defendant, Gail Gonzales, is **DISMISSED WITHOUT PREJUDICE** from this action.  In light of this ruling, it is

    FURTHER ORDERED that the following motions are **DENIED AS MOOT**: (1) Gonzales's Motion To Dismiss [ECF No. 36]; (2) Patrick Collins, Inc.'s, Motion For Entry Of Default Judgment Against Defendant Gail Gonzales [ECF No. 38]; and, (3) Gonzales's Memorandum In Response To Plaintiff's Motion For Default Judgment and Request For Hearing [ECF No. 42].  It is

FURTHER ORDERED that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 22, 2013.

                                    BY THE COURT:

                                    /s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior U.S. District Judge